**NATIONAL SUPPLY COMPANY, MIDWEST, a Corporation, Petitioner and Complainant, v. ELMER COMPANY, Ltd., a Corporation, Defendant.**

**George PHILP, Petitioner and Appellant, v. Richard L. NORTH and J. Grover Kelly, Coreceivers of the Elmer Company, Ltd., a Corporation, Respondents and Appellees.**

No. 7411.

Circuit Court of Appeals, Ninth Circuit.

Jan. 14, 1935.

For former decision, see 72 F.(2d) 1018.

PER CURIAM.

Petition for rehearing in the above-entitled appeal is denied on authority of the following cases: Riehle, Receiver, v.

1018

Margolies, 279 U. S. 218, 49 S. Ct. 310, 73 L. Ed. 669; Manhattan Trust Co. v. Chicago Electric Traction Co. (C. C.) 188 F. 1006.